Valentina M. Tejera, Esq.
Mase, Lara, Eversole, P.A.
80 SW Eighth Street, Suite 2700
Miami, Florida 33130
(305) 377-3770
Attorney for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alvin Kaufman, and others similarly situated,

    Plaintiff,   :   09 Civ. 9590 (VM)

Against

            **ORDER GRANTING**
            **REQUEST FOR**
Sirius Radio, XM Satellite Radio, Inc.,   **EXTENSION OF TIME**
            **TO FILE AMENDED**
            **COMPLAINT**

    Defendant.

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

ORDERED AND ADJUDGED, that Plaintiff shall have until February 18, 2010, to file an Amended Complaint in this matter.

DONE and ORDERED in Chambers at New York, NY, this 4th day of February, 2010.

              HONORABLE VICTOR MARRERO

Copies Furnished to:
Michael S. Oberman, Esq.
Curtis Mase, Esq.
D. Michael Campbell, Esq.
David B. Mishael, Esq.
Valentina Tejera, Esq.

18017/CP#50